# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SHELTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-01476 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On December 8, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and the made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is DENIED, and the decision of the Social Security Administration is hereby AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 23rd day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge